Jack D Upchurch #241231002
Name and Prisoner/Booking Number

Pima County Jail
Place of Confinement

Pima County Jail PoBox 951
Mailing Address

Tucson, Arizona, 85702
City, State, Zip Code

FILED ✓ / LODGED __
RECEIVED __ / COPY __

APR 21 2025

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jack D Upchurch et. al.,
(Full Name of Plaintiff)
            Plaintiff,

vs.

(1) Pima County Jail et. Al.,
(Full Name of Defendant)
(2) Naphcare et. Al.,
(3) Sheriff Christopher Nanos,
(4) Board of Supervisors,
            Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-25-00181-TUC-AMM(PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Pima County Jail in Tucson, Arizona.

Revised 5/1/2013                                1

**550/555**

# Plaintiffs

| Housing | # | Name | Booking # | Date | Signature of Plaintiff |
|---|---|---|---|---|---|
| 3-B-27 | 1 | Jack D. Upchurch | #241231002 | 4-9-25 | [signed] |
| 3-B-27 | 2 | James T. Alwine | #250319061 | 4-9-25 x | [signed] |
| 3-B-26 | 3 | Joseph P Washington | #241212008 | 4-9-25 x | [signed] |
| 3-B-26 | 4 | Santos A. Saldana | #250218091 | 4-9-25 x | [signed] |
| 3-B-25 | 5 | Jose Antonio Gutierrez | #241212004 | 4-9-25 x | [signed] |
| 3-B-25 | 6 | Kavante A. Kingery | 250204005 | 4-9-25 x | [signed] |
| 3-B-24 | 7 | Jose D. Ortiz JR | | 4-9-25 x | [signed] |
| 3-B-23 | 8 | William N Odom #646953 | | 4-9-25 x William Odom |
| 3-B-23 | 9 | | | 4-9-25 x | |
| 3-B-23 | 10 | David A Valencia | #00107038 / #0022064675 | 4-9-25 x | [signed] |
| 3-B-22 | 11 | Quran D. Fluellen | | 4-9-25 x | [signed] |
| 3-B-22 | 12 | | | 4-9-25 x | |
| 3-B-21 | 13 | Virgen, Darel | 250403028 | 4-9-25 x | [signed] |
| 3-B-21 | 14 | | | 4-9-25 x | |
| 3-B-20 | 15 | Gamalier Reyes 230223001 | #230223001 | 4-9-25 x | |
| 3-B-20 | 16 | | | 4-9-25 x | |
| 3-B-28 | 17 | Cristian Dakin 241212039 | #241212039 | 4-9-25 x | [signed] |
| 3-B-29 | 18 | | | 4-9-25 x | |
| 3-B-29 | 19 | | | 4-9-25 x | |
| 3-B-30 | 20 | Fred Mendoza | #241022039 | 4-9-25 x Fred M | |
| 3-B-30 | 21 | Jeffrey Mont-Eton | 250205008 | 4-9-25 x | |
| 3-B-31 | 22 | Saindo Ramon | 00154056? | 4-9-25 x Ramon S |
| 3-B-31 | 23 | Dorin Whitetree | 00132006 / Bak 240419040 | 4-9-25 x | |
| 3-B-32 | 24 | | | 4-9-25 x | |
| 3-B-32 | 25 | | | 4-9-25 x | |
| 3-B-19 | 26 | Anthony M. Silva | #250405082 | 4-9-25 x | [signed] |
| 3-B-33 | 27 | Jose Ramirez-Santamaria | | 4-9-25 x | [signed] |
| 3-B-33 | 28 | Chris Chapman | | 4-9-25 x | |

Page 1. 2 of 6

| Room | Name | Booking # | Date | Signature |
|---|---|---|---|---|
| 3-B-1 | 29. | | 4-10-25 x | |
| 3-B-1 | 30. | | 4-10-25 x | |
| 3-B-2 | 31. | | 4-10-25 x | |
| 3-B-2 | 32. | | 4-10-25 x | |
| 3-B-3 | 33. | | 4-10-25 x | |
| 3-B-3 | 34. | | 4-10-25 x | |
| 3-B-4 | 35 Louis Gamboa | #8149 | 4-10-25 | |
| 3-B-4 | 36. | | 4-10-25 x | |
| 3-B-5 | 37. | | 4-10-25 x | |
| 3-B-5 | 38. | | 4-10-25 x | |
| 3-B-6 | 39 Humberto Durazo | #250411647 | 4-10-25 x | (signature) |
| 3-B-7 | 40 | | 4-10-25 x | |
| 3-B-7 | 41 | | 4-10-25 x | |
| 3-B-8 | 42 Joseph Getzen | #240627019 | 4-10-25 x | Joe Getzen |
| 3-B-8 | 43 | | 4-10-25 x | |
| 3-B-9 | 44 Luis Grijalva | #241221052 | 4-10-25 x | |
| 3-B-9 | 45 | | 4-10-25 x | |
| 3-B-10 | 46 | | 4-10-25 x | |
| 3-B-10 | 47 | | 4-10-25 x | |
| 3-B-11 | 48 | | 4-10-25 x | |
| 3-B-11 | 49 | | 4-10-25 x | |
| 3-B-12 | 50 Jose (illegible) | # (illegible) | 4-10-25 x | (signature) |
| 3-B-12 | 51 | | 4-10-25 x | |
| 3-B-13 | 52 | | 4-10-25 x | |
| 3-B-13 | 53 | | 4-10-25 x | |
| 3-B-14 | 54 | | 4-10-25 x | |
| 3-B-14 | 55. | | 4-10-25 x | |
| 3-B-15 | 56. | | 4-10-25 x | |

Page 1.3 of 6

## B. DEFENDANTS

1. Name of first Defendant: Pima County Jail. The first Defendant is employed as: The Pima County Sheriff's Department at Pima County Jail/Sheriffs Department
   (Position and Title) (Institution)

2. Name of second Defendant: Napcare. The second Defendant is employed as: Medical Pima County at Pima County Jail
   (Position and Title) (Institution)

3. Name of third Defendant: Sheriff Christopher Nanos. The third Defendant is employed as: Pima County Sheriff at Pima County Sheriffs Department
   (Position and Title) (Institution)

4. Name of fourth Defendant: Board of Supervisors. The fourth Defendant is employed as: Pima County at Pima County Sheriffs Department
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes  ☐ No

2. If yes, how many lawsuits have you filed? __3__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Jack D Upchurch, Et al., v. Pima County Jail, Et al.,
      2. Court and case number: District Courts of Arizona, CV-25-00130-TUC-AMM-PSOT
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         Pending

   b. Second prior lawsuit:
      1. Parties: Jack Upchurch v. Travelodge Motel
      2. Court and case number: District Courts of Arizona, CV-00073-AMM-PSOT
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         It is still pending

   c. Third prior lawsuit:
      1. Parties: Jack D Upchurch v. Naphcare Medical, Et. Al.,
      2. Court and case number: District Courts of Arizona, CV-25-00172-TUC-AMM-PSOT
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         It is still pending

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Law Library access,</u> <u>Crual & Unusual Punishment,</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The law library use's that your picture do not match so It will take a long time to get the stuff you need. We have not been outside sense I've been here 12-31-2024 and I wright grievance's and the close it saying we will be going outside the next weekend and the next weekend comes nothing thin they say stuff come's up or make other excuses. The meals get brout to the pods and sit there for at lest 30 to 40 min sometimes a hour before the get passed out cold. The Cilings in every pod I've been in the Towers has mold and dust and it falls on us and in our food & drinks exc... The Vents are so Caked with Dust theres no air flow going through them The greivences say things like they will have maintness come look at it they don't. I have no Idea how reads the grevinces but they just get closed and nothing happens.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Everyone I talk to has allergies and its coming from the Cilings mold and Dust

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT III

1. State the constitutional or other federal civil right that was violated: __Medical Care__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The medical treatment you put a medical form in and it take's over a month sometime's longer to get called down to medical me persinaly I go to medical everyday because Im on insulin and there's nerses down there there' just chilling talking to the CO's so no wonder there not getting anything done and they say things like it took so long because there's 300 people in front of you like what does that have to do with anything hire more people if you people can't catch up

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Lots of people

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

# COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Cruel & Unusual Punishment.</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☒ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Sheriff Nanos is failing to properly train, supervise, direct, or controle his CO's concerning the rights of inmates we are still Citizens of the United States of America. The greivences that are being filed are not being properly investigated, sanction and disiplining his CO's for Violating the Constitutional Rights of inmates thereby letting CO's do as they please to do and act as they please. The CO's actions brake the rights of inmates. We have to follow the Rules and Regulation's of the jail and be held accountable for our actions. The CO's need to be held acountable too. Prisoners shall be kept protected treated fairley but that is not whats going on here. So the staff at The Pima County Jail can do whatever there want to inmates and get awny with it. Sargeant Oningen came to me today and said if I keep letting people use my tablet to get legal forms I would be delt with so they treaten everyone they want and hows going to beleive you. It is scary in this place because of the staff not the inmates.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Lots of people

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## E. REQUEST FOR RELIEF

State the relief you are seeking: For this to be a class action lawsuit and this needs to go back till The 90's because The Towers in the Pima County Jail has been like this for as long as I can remember and I've been coming there sence 2012 and we are asking for Millions of Dollars in health damige.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4-10-2025
DATE

_____ Et.Al.
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6