IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gamalier Reyes,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Pima County Jail, et al.,<br><br>　　　　Defendants. | NO. CV-25-00391-TUC-SHR (PSOT)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 18, 2025, complaint and action are dismissed without prejudice for failure to comply with the Court's order.

September 15, 2025

　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　District Court Executive/Clerk of Court

　　　　　　　　　　　　　s/ S. Bracamonte
　　　　　　　　　　By   Deputy Clerk